# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

161203-9 & (105)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOEL ERIC JACOB,
      Plaintiff-Appellee,

v

LAUREN BETH JACOB,
      Defendant-Appellant,

and

THE MINOR CHILD,
      Appellee.

SC: 161203-9
COA: 344580; 344598; 344654;
344809; 344894; 347014; 350162
Oakland CC: 2012-793255-DM

_____/

On order of the Court, the motion to extend time to file answer is GRANTED. The application for leave to appeal the March 3, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2020



Clerk

p0825